IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRCIT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jose Gutierrez,<br><br>  Plaintiff,<br><br> vs.<br><br>Equifax Information Services, LLC., et al.<br><br>  Defendants.. | Case No.: 2:21-cv-05972-PA-MAR<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A., ONLY** |

The Court, having considered the parties' Stipulation of Dismissal of Bank of America, N.A and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Bank of America, N.A with each party to bear its own attorneys' fees and costs.

Dated: June 17, 2022

_____
Percy Anderson
United States District Judge

1